DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELEANOR MERLY, | ) No. 4:91-CV-003(JWS) |
| Plaintiff, | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF |
| UNITED STATES OF AMERICA, | ) EXECUTION ON PERMANENT |
| | ) FUND DIVIDEND |
| Defendant. | ) |

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1. Judgment for $4,909.56 was entered on January 31, 1995, in the docket of the above-entitled court and action, in favor of the United States of America as judgment creditor and against ELEANOR MERLY as judgment debtor.

2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was not represented by counsel.

4. The judgment entered is not a default judgment.

5.   ACCRUED since the entry of judgment are the following sums:

$2,001.84 accrued interest on the judgment principal, computed at 7.34%

$322.00   accrued costs.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

$6,518.22 which is to be first credited against the total accrued costs and interest, with any excess credited against the judgment as entered, leaving a net balance of:

7.   $715.18   ACTUALLY DUE on April 14, 2006.

8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10.  This levy may attach a maximum of <u>80%</u> of the annual Permanent Fund Dividend payable to this debtor, pursuant to AS 43.23.065.

Application and Affidavit for
Issuance of Writ of Execution
on Permanent Fund Dividend
Eleanor Merly v. U.S.
Case No. 4:91-cv-003 (JWS0                    2

DATED this 17th day of April, 2006, at Anchorage, Alaska.

                          DEBORAH M. SMITH
                          ACTING UNITED STATES ATTORNEY

*/s/ Richard L. Pomeroy*
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 17th day of April, 2006, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 5/16/08

Application and Affidavit for
Issuance of Writ of Execution
on Permanent Fund Dividend
Eleanor Merly v. U.S.
Case No. 4:91-cv-003 (JWS0      3