DEBORAH M. SMITH
Acting United States Attorney
RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA

ELEANOR MERLY,              )  No.  4:91-CV-003 (JWS)
SSN: xxx-xx-7376            )
DOB: March 10, 1962         )
                            )
              Plaintiff,    )  WRIT OF EXECUTION
                            )  ON PERMANENT FUND DIVIDEND
     vs.                    )
                            )
UNITED STATES OF AMERICA,   )
                            )
              Defendant.    )
_____)
```

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On January 31, 1995, a judgment was entered in the docket of the above-entitled court and action, in favor of the United States of America as judgment creditor and against ELEANOR MERLY as judgment debtor, for

$4,909.56 principal

$4,909.56 JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$2,001.84 accrued interest on judgment principal

$322.00   accrued costs, making a total of

CREDIT must be given for payments and partial satisfactions in the amount of:

- $6,518.22 which is to be first credited against the total accrued costs and interest, with any excess credited against the judgment as entered, leaving a net balance of:

- $715.18  ACTUALLY DUE on April 14, 2006, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

HEREIN FAIL NOT, and have you then and there this writ.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

```
                                    IDA ROMACK
                                    CLERK OF COURT

                              By:   _____
                                    Deputy Clerk
```

Writ of Execution on
Permanent Fund Dividend
Eleanor Merly v. U.S.
Case No. 4:91-cv-003 (JWS)

2